**Order entered September 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01211-CR

**GLENN RAYSHON PIERCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-70146-J**

## ORDER

Before the Court is the State's motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the State's brief received September 16, 2013 filed as of the date of this order.

/s/     JIM MOSELEY
          PRESIDING JUSTICE